IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-MJ-191 |
| MIGUEL ANGEL ALVARADO-CORDERO, | |
| Defendant. | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Charles H. Williams, being duly sworn, depose and state:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), in Fairfax County, Virginia. I have been employed with ICE ERO for six years. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for MIGUEL ANGEL ALVARADO-CORDERO (hereinafter, ALVARADO-CORDERO), an alien who was found in the United States after being denied admission, excluded, deported, or

removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Section 1326(a).

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

### SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about February 19, 2025, ICE learned that ALVARADO-CORDERO had been detained at the Fairfax County Detention Center in Fairfax, Virginia, within the Eastern District of Virginia.

6. ICE performed records checks which confirmed that ALVARADO-CORDERO is a native and citizen of El Salvador who was removed from the United States on or about February 11, 2022, at or near Alexandria, Louisiana. ALVARADO-CORDERO did not have legal authorization to reenter or remain in the United States.

7. ERO requested the fingerprint card and booking photo relating to ALVARADO-CORDERO's Virginia arrest after being removed from the United States. The fingerprint card was electronically processed through ICE indices containing fingerprint records of known and previously deported aliens. Results of this query showed positive matches to ALVARADO-CORDERO with both his Federal Bureau of Investigation (FBI)/Universal Control Number (UCN), and his Alien Registration Number

8. ERO reviewed ALVARADO-CORDERO's immigration file maintained by U.S. Citizenship and Immigration Services. The file, also known as an Alien File, revealed that

ALVARADO-CORDERO is a citizen and national of El Salvador. The file contained an executed Immigration Service Form I-205, Warrant of Removal/Deportation, bearing the photograph, fingerprint, and signature of ALVARADO-CORDERO. This form showed that ALVARADO-CORDERO was removed from the United States on or about February 11, 2022, from Alexandria, Louisiana.

9. On March 10, 2025, ERO asked the ICE Homeland Security Investigations (HSI) Forensic Laboratory to compare the following fingerprints:

(i) ALVARADO-CORDERO's fingerprint on the Immigration Service Form I-205 executed on February 11, 2022;

(ii) The fingerprints taken after ALVARADO-CORDERO's Fairfax, Virginia arrest on February 19, 2025;

The HSI Forensic Laboratory successfully matched all the submitted fingerprints to ALVARADO-CORDERO's Alien File Number and his FBI number.

10. ALVARADO-CORDERO's Alien File lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States. Further, ALVARADO-CORDERO has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

## CONCLUSION

11. Based on the foregoing, I submit that there is probable cause to believe that on or about February 19, 2025, in Fairfax County, Virginia, within the Eastern District of Virginia, MIGUEL ANGEL ALVARADO-CORDERO, an alien who was removed from the United States on or about February 11, 2022, at or near Alexandria, Louisiana, did knowingly and unlawfully re-enter the United States and was found in the United States without having obtained the

express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, § 1326(a).

Respectfully submitted,

Charles H. Williams
Deportation Officer
U.S. Immigration and Customs Enforcement

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 21, 2025.

Digitally signed by Ivan Davis
Date: 2025.03.21 13:50:33 -04'00'

The Honorable Judge Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia